# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **DUANE DONALD RANGE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 2121 |
| | ) | USCA No. 14-3683 |
| **SILVER CROSS HOSPITAL**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MEMORANDUM</u>

This Court has received from the Clerk's Office copies of a set of documents received from Duane Range ("Range"), all of which were received in that office on June 23, 2015 and were assigned Dkt. No. 50:

1. Range's one-page June 17 letter directed to the District Court Clerk;

2. a one-page form from the Court of Appeals dated June 2 and responding to the next listed item;

3. another one-page letter from Range, this time directed to the Court of Appeals Clerk;

4. a one-page printout reflecting transactions in Range's trust fund file at the Western Illinois Correctional Center; and

5. a copy of a March 19 check for $505 drawn on that trust fund account payable to the Clerk of this District Court.

In response to Range's initial question in the first of those documents, his District Court Case No. 14 C 2121 is a terminated case in this District Court and has been in that status ever

since this Court dismissed the action (following which Range sought to take an appeal). But as for Range's next question regarding the $505 in filing and appellate fees that he paid in connection with the appeal, this Court has no knowledge as to whether the Court of Appeals has any procedure for the refund of such fees in a situation in which, as Dkt. No. 49 reflects, that Court dismissed the appeal "for failure to comply with Circuit Rule 3(c)."

Accordingly Range will have to look to the Court of Appeals for a response to that and his other inquiries. This Court is transmitting a copy of this memorandum to the Court of Appeals as a matter of information.

_____
Milton I. Shadur
Senior United States District Judge

Date: June 30, 2015